1  MAYALL HURLEY
   A Professional Corporation
2  2453 Grand Canal Boulevard
   Stockton, California 95207-8253
3  Telephone (209) 477-3833
   NICHOLAS J. SCARDIGLI
4  CA State Bar No. 249947
   JENNY D. BAYSINGER
5  CA State Bar No. 251014
6
   Attorneys for Plaintiff NICHOLAS ROSSI
7
   EDWARD GARCIA, Bar No. 173487
8  KULUVA, ARMIJO & GARCIA
   One California Street, Suite 1150
9  San Francisco, CA 94111
   (415) 273-6500
10 (415) 273-6535 Fax
   edgarcia@kuluvalaw.com
11

12 Attorneys for Defendant,
   Herzog Transit Services, Inc.
13

14                    UNITED STATES DISTRICT COURT

15                    EASTERN DISTRICT OF CALIFORNIA

16 NICHOLAS ROSSI,                          ) Case No.: 2:18-cv-01032-MCE-EFB
                                            )
17        Plaintiff,                        ) **JOINT STIPULATION AND ORDER TO**
                                            ) **MODIFY SCHEDULING ORDER FOR**
18 v.                                       ) **GOOD CAUSE [Fed. R. Civ. Proc. 16(b)]**
                                            )
19 HERZOG TRANSIT SERVICES, INC., a         )
   Missouri corporation; and DOES 1-100,    ) Dept: Courtroom 7, 14th Floor
20 inclusive,                               ) Judge: Hon. Morrison C. England, Jr.
                                            )
21        Defendants.                       ) Trial Date:    None yet set
                                            )
22 _____      )

23        Pursuant to Federal Rules of Civil Procedure Rule 16(b)(4), and paragraph VII of the Initial

24 Pre-trial Scheduling Order issued by United States District Morrison C. England, Jr. on April 25,

25 2018 (the "Scheduling Order"), the parties by and through undersigned counsel, hereby jointly

26 stipulate and move to modify the Scheduling Order for good cause as follows:

27 / / /

28 / / /

---

1.  Pursuant to paragraph II of the Scheduling Order, the deadline for the completion of non-expert discovery is scheduled to occur on April 25, 2019.

2.  The Parties have completed initial written discovery.

3.  Through the course of discussion and written discovery, the Parties have determined numerous depositions, including multiple out-of-state depositions are necessary.

4.  The Parties have recently agreed to participate in private mediation and have agreed to mediator Cynthia Remmers, Esq.. The mediation session is expected to occur in April, 2019 or early May, 2019.

5.  In order to afford mediation the best prospect of success, the Parties wish to postpone incurring the substantial costs associated with contemplated further discovery, including both in-state and out-of-state depositions, until after the mediation session.

6.  In light of the above, the Parties have met and conferred and agreed to approach the Court regarding modifications to the Scheduling Order. The parties propose that the Scheduling Order be modified as follows:

    a. Non-Expert Discovery Deadline extended 120 days to **Monday, August 23, 2019.**

The Parties further request all additional deadlines outlined in the Scheduling Order be calculated from the new Non-Expert Discovery Deadline as follows:

- Expert Disclosure/Designation – 60 days following the close of Non-Expert Discovery
- Supplemental Expert Disclosure/Designation – 30 days following the initial Expert Disclosure/Designation
- Dispositive Motion hearing deadline – 180 days following the Non-Expert Discovery Deadline

/ / /

/ / /

/ / /

/ / /

/ / /

- Joint Notice of Trial Readiness – 30 days after ruling on last-filed dispositive motion or 30 days after supplemental expert designation if no dispositive motions contemplated.

IT IS RESPECTFULLY REQUESTED AND SO STIPULATED.

**MAYALL HURLEY, P.C.**

DATED: February 20, 2019     /s/ Jenny D. Baysinger

JENNY D. BAYSINGER**.**
Attorneys for Plaintiff Nicholas Rossi

**KULUVA ARMIJO & GARCIA**

DATED: February 20, 2019     /s/ Edward Garcia

EDWARD GARCIA
Attorneys for Defendant Herzog Transit Services, Inc.
(*Authorized on February 20, 2019*)

# ORDER

The Court, having considered the parties' Joint Stipulation and Request to Modify Scheduling Order, and good cause appearing therefore, hereby modifies the Scheduling Order as follows:

| Event | Existing Date | New Date |
| --- | --- | --- |
| Non-Expert Discovery Deadline | April 25, 2019 | August 23, 2019 |
| Initial Expert Disclosure | 60 days after Non-Expert Discovery Deadline | 60 days after Non-Expert Discovery Deadline |
| Supplemental Expert Disclosure | 30 days after Initial Expert Disclosure | 30 days after Initial Expert Disclosure |
| Last Day to Hear Dispositive Motions | 180 days after Non-Expert Discovery Deadline | 180 days after Non-Expert Discovery Deadline |
| Joint Notice of Trial Readiness | 30 days after ruling on last-filed dispositive motion or 30 days after Supplemental Expert Disclosure | 30 days after ruling on last-filed dispositive motion or 30 days after Supplemental Expert Disclosure |

IT IS SO ORDERED.

Dated: February 21, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE