MAYALL HURLEY
A Professional Corporation
2453 Grand Canal Boulevard
Stockton, California 95207-8253
Telephone (209) 477-3833
NICHOLAS J. SCARDIGLI
CA State Bar No. 249947
JENNY D. BAYSINGER
CA State Bar No. 251014

Attorneys for Plaintiff Nicholas Rossi

EDWARD GARCIA, Bar No. 173487
KULUVA, ARMIJO & GARCIA
One California Street, Suite 1150
San Francisco, CA 94111
(415) 273-6500
(415) 273-6535 fax
edgarcia@kuluvalaw.com

Attorneys for Defendant Herzog Transit Services, Inc.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **NICHOLAS ROSSI,**<br><br>　　　　**Plaintiff,**<br><br>vs.<br><br>**HERZOG TRANSIT SERVICES, INC., and DOES 1-100, inclusive,**<br><br>　　　　**Defendants.** | Case No. 2:18-cv-01032-MCE-EFB<br><br>**ORDER OF DISMISSAL WITH PREJUDICE [FRCP 41(a)(2)]**<br><br>Complaint Filed:　March 8, 2018<br>Removal Date:　　April 25, 2018<br>Trial Date:　　　　None yet set |

Having considered the Parties' Joint Motion to Dismiss with Prejudice, and good cause appearing therefor, it is hereby **ORDERED** that the action is dismissed in its entirety, with prejudice, each party to bear its own fees and costs.

///

///

///

ORDER Joint Motion to Dismiss with Prejudice
Page 1 of 2

The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: May 20, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE